# UNITED STATES DISTRICT COURT

## District of Minnesota

Fabian Tubon Cayambe

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, Joel Brott

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01740-MJD-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court GRANTS the Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] as follows:

a. Respondents must immediately release Petitioner from detention into Minnesota;

b. Respondents are ordered to immediately return all Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken during his arrest, such as his driver's license, immigration papers, passport, cell phone, and keys;

c. Petitioner shall be released on his own recognizance without any conditions upon his release; and

d. Respondents are enjoined from re-detaining Petitioner under the same statutory theory that has been rejected in this Order.

2. Respondents are ordered to confirm Petitioner's release from custody as well as the Respondents' compliance with the rest of the Court's Order within forty-eight (48) hours from the date of this Order.

3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted.

Date: 3/12/2026

KATE M. FOGARTY, CLERK