# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fabian T.C.,

          Petitioner,

v.

Pamela Bondi, et al.,

          Defendants.

**ORDER DISMISSING
PETITION FOR WRIT OF
HABEAS CORPUS**
Civil File No. 26-01740 (MJD/DJF)

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Jesus Cruz Rodriguez, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On March 12, 2026, the Court granted Petitioner Fabian T.C.'s Petition for Writ of Habeas Corpus. **[Doc. 8.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On March 13, 2026, the Respondents provided a status update informing the Court that Petitioner was released, and that Petitioner's counsel confirmed he was released with all his property. **[Doc. 10.]**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Fabian T.C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: March 24, 2026                    s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court