# UNITED STATES DISTRICT COURT

## District of Minnesota

Fabian Tubon Cayambe,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, Joel Brott,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01740-MJD-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Fabian T.C.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 3/25/2026

KATE M. FOGARTY, CLERK